```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FOXMIND CANADA ENTERPRISES LTD.,        :
                                        :
                  Plaintiff,            :     24cv8341 (DLC)
                                        :
             -v-                        :     ORDER
                                        :
AIQI TOY STORE, et al.,                 :
                                        :
                  Defendants.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 1, 2024, plaintiff filed this lawsuit under seal and applied for an ex parte Temporary Restraining Order ("TRO"). A TRO was entered on November 15. The TRO required service by electronic means to be made on defendants within five days of certain financial institutions and third party service providers' compliance with the TRO, which was anticipated to be on December 3. The plaintiff submitted a letter on December 12 confirming that it served each defendant by electronic means on December 2. A hearing on the TRO is scheduled to occur on December 18 at 2:30 p.m. in Courtroom 18B. It is hereby

ORDERED that the Clerk of Court is directed to unseal the case.

SO ORDERED:

Dated:   New York, New York
         December 13, 2024

                                    _____
                                    DENISE COTE
                                    United States District Judge