```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
FOXMIND CANADA ENTERPRISES LTD.,       :
                                       :
                    Plaintiff,         :    24cv8341 (DLC)
                                       :
              -v-                      :    ORDER
                                       :
AIQI TOY STORE, et al.,                :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On November 1, 2024, plaintiff filed this lawsuit under seal and applied for an ex parte Temporary Restraining Order ("TRO"). A TRO was entered on November 15.

The TRO authorized service of the summons and complaint by electronic means as to defendants Dancbor, SULLKES, DaZhong, IFPPSAE, Sufeilx, and powerasus, whose addresses were, despite plaintiff's reasonable diligence, unknown (the "Unknown Address Defendants"). As to all other defendants, the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention") governs, and the TRO authorized alternative service only as to service of the TRO and the papers filed in support of the TRO. A hearing on the motion for a preliminary injunction was held on December 18 at 3:00 p.m. in Courtroom 18B. No defendants appeared at the

hearing. Accordingly, and for the reasons explained on the record at the December 18 hearing, it is hereby

ORDERED that, if any of the Unknown Address Defendants timely files an answer, an initial pretrial conference will be held on **January 17, 2025 at 2:00 p.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that, if any of the Unknown Address Defendants is in default, plaintiff's counsel shall file a Motion for Default Judgment no later than **January 17, 2025**. Counsel shall follow this Court's procedures governing default judgments.

IT IS FURTHER ORDERED that any default judgment hearing, if necessary, will be held on **February 7, 2025 at 2:30 p.m.** in Courtroom 18B.

IT IS FURTHER ORDERED that plaintiff's counsel shall submit a status letter on **June 27, 2025** updating the Court on its progress in serving the remaining defendants in accordance with the Hague Convention.

Dated:   New York, New York
         December 18, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge