Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 1250)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff* <br><br> v. <br><br> AIQI TOY STORE, DANCBOR, DAZHONG, EASYGOING186, FLATROAD, GESIO, IFPPSAE, JASILON US ONLINE, JWISLAND, JX TOY, PIUPIUPIU BUBBLES STORE, POWERASUS, RLLEPT, RUIPIN, SHIYAN SHOP, SHUINIU OUTDOOR, SUFEILX, SULLKES, SUNSKANG, TAYCULER, TOFENGLY AND YUNEVIAN, <br><br> *Defendants* | CIVIL ACTION No. <br> 24-cv-8341 (DLC) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FoxMind Canada Enterprises Ltd. ("FoxMind" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants powerasus and Sufeilx in the above-

1

captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: December 20, 2024

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Gabriela N. Nastasi
          Gabriela N. Nastasi
          gnastasi@ipcounselors.com
          EPSTEIN DRANGEL LLP
          60 East 42nd Street, Suite 1250
          New York, NY 10165
          Telephone:   (212) 292-5390
          Facsimile:    (212) 292-5391
          *Attorneys for Plaintiff*
          *FoxMind Canada Enterprises Ltd.*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2024.

_____
HON. DENISE L. COTE
United States District Judge