UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff* v. AIQI TOY STORE, DANCBOR, DAZHONG, EASYGOING186, FLATROAD, GESIO, IFPPSAE, JASILON US ONLINE, JWISLAND, JX TOY, PIUPIUPIU BUBBLES STORE, POWERASUS, RLLEPT, RUIPIN, SHIYAN SHOP, SHUINIU OUTDOOR, SUFEILX, SULLKES, SUNSKANG, TAYCULER, TOFENGLY and YUNEVIAN, *Defendants* | **CIVIL CASE NO. 24-cv-8341 (DLC)** ~~[PROPOSED]~~ **ORDER** |

On January 13, 2025, Plaintiff requested an extension of time to file its motion for default judgment against Defendants Dancbor, SHIYAN Shop, SULLKES, DaZhong, easygoing186, IFPPSAE, Sufelix and powerasus ("Unknown Address Defendants").

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

A. Plaintiff's deadline to file its motion for default judgment against the remaining Unknown Address Defendants is **March 14, 2025**.

B. The default judgment hearing is adjourned from February 7, 2025 at 2:30 p.m. to **April 4, 2025 at** 2:30 PM in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

SIGNED this 14th day of January, 2025, at _____ .m.

HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE