UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
FOXMIND CANADA ENTERPRISES LTD.,          :
                                          :
                    Plaintiff,            :        24cv8341 (DLC)
                                          :
          -v-                             :        ORDER
                                          :
AIQI TOY STORE, et al.,                   :
                                          :
                    Defendants.           :
                                          :
------------------------------------------ X

DENISE COTE, District Judge:

On November 26, 2025, plaintiff submitted a letter stating that it had received Hague service results for all remaining defendants in the above-captioned action and informed the Court that Hague service was unsuccessful on eight defendants: Flatroad, Jasilon US Online, Rllept, SHUINIU OUTDOOR, Sunskang, Tayculer, TOFENGLY, and Yunevian (the "Unsuccessful Hague Defendants"). Plaintiff then renewed its request for the authorization of alternate means of service when serving the Unsuccessful Hague Defendants with motions for default judgment. Accordingly, it is hereby

ORDERED that service shall be deemed effective on the Unsuccessful Hague Defendants via the delivery of PDF copies of the Summons and Complaint to the Unsuccessful Hague Defendants' e-mail addresses as provided by Amazon.

IT IS FURTHERED ORDERED that plaintiff shall serve any

motion for default judgment and file proof of service by January

9, 2026.

Dated:     New York, New York
           December 2, 2025

_____
DENISE COTE
United States District Judge

**24cv8341 - Remaining Defendants (12/2/2025)**

| Defendant | "Unknown Address" (Hague Conv. Doesn't Apply) | Counsel Appeared | Termination Date | Remaining Unknown Address Defendant |
|---|---|---|---|---|
| AIQI TOY STORE | | | 1/15/2025 | |
| DANCBOR | X | | 3/13/2025 | |
| DAZHONG | X | | 3/13/2025 | |
| EASYGOING186 | X | | 12/18/2024 | |
| FLATROAD | X | | | X |
| GESIO | | | 1/7/2025 | |
| IFPPSAE | X | | 3/13/2025 | |
| JASILON US ONLINE | X | | | X |
| JWISLAND | | | 12/18/2024 | |
| JX TOY | Hague service successful | | | |
| PIUPIUPIU BUBBLES STORE | Hague service successful | | | |
| POWERASUS | X | | 12/20/2024 | |
| RLLEPT | X | | | X |
| RUIPIN | | | 12/18/2024 | |
| SHIYAN SHOP | X | | 12/18/2024 | |
| SHUINIU OUTDOOR | X | | | X |
| SUFEILX | X | | 12/20/2024 | |
| SULLKES | X | | 3/13/2025 | |
| SUNSKANG | X | | | X |
| TAYCULER | X | | | X |
| TOFENGLY | X | | | X |
| YUNEVIAN | X | | | X |