UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
FOXMIND CANADA ENTERPRISES LTD.,          :
                                          :
                    Plaintiff,            :        24cv8341 (DLC)
                                          :
            -v-                           :        ORDER
                                          :
AIQI TOY STORE, et al.,                   :
                                          :
                    Defendants.           :
                                          :
------------------------------------------ X

DENISE COTE, District Judge:

     The plaintiff having requested a default judgment on

January 9, 2026, it is hereby

     ORDERED that the plaintiff shall promptly serve this Order

and their default judgment motion papers on the defendants and

file proof of such service on ECF no later than **February 6,**

**2026**.

     IT IS FURTHER ORDERED that a default judgment hearing will

be held on **March 6, 2026** at **3:00 p.m**. in Courtroom 18B, United

States Courthouse, 500 Pearl Street, New York, New York 10007.

Failure of the defendants to appear will result in entry of a

default or a default judgment.

Dated:    New York, New York
          January 9, 2026

                              _____
                                          DENISE COTE
                              United States District Judge